FLORA CARSON, Respondent, *v.* VILLAGE OF DRESDEN, Appellant.

(Submitted October 2, 1911; decided October 17, 1911.)

Motion for re-argument denied, with ten dollars costs. (See 202 N. Y. 414.)

---

ANNIE STENSON, as Administratrix of the Estate of THOMAS STENSON, Deceased, Appellant, *v.* J. H. FLICK CONSTRUCTION COMPANY, Respondent.

*Stenson* v. *Flick Construction Co.,* 146 App. Div. 66, appeal dismissed.

(Submitted October 9, 1911; decided October 17, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 14, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

The motion was made upon the ground that the undertaking required to perfect the appeal had not been filed.

*Louis Cohn* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.